UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                        Civil No.08-11619
                                               Honorable Patrick J. Duggan

v.

TWENTY FIVE THOUSAND DOLLARS
IN UNITED STATES CURRENCY
($25,000.00),

        Defendant.
_____/

## STIPULATION TO STAY
## CIVIL FORFEITURE PROCEEDING FOR 180 DAYS

Plaintiff, the United States of America, and Claimant, by and through their respective, undersigned attorneys, hereby acknowledge that there is an ongoing criminal investigation related to this civil forfeiture case, and stipulate to the entry of an order for a stay of the above-captioned civil forfeiture proceeding for 180 days from the date of entry of the attached Order, pursuant to 18 U.S.C. §981(g)(1), or alternatively, 18 U.S.C. §981(g)(2), on the grounds that continuation of the civil proceeding may negatively impact one or both parties in the manner described in the cited statutes.

STEPHEN J. MURPHY
United States Attorney

| | |
|---|---|
| s/T.N. ZIEDAS | s/with consent of RICHARD M. LUSTIG |
| Assistant United States Attorney | Attorney for Claimant Brian Scott Osburn |
| 211 West Fort Street, Suite 2001 | 240 Daines Street |
| Detroit, Michigan 48226 | Birmingham, Michigan 48009 |
| (313)- 226-9573 | (248)-258-1600 |
| Email: peter.ziedas@usdoj.gov | Email: rmlustig@aol.com |
| (P-34653) | (P-16868) |
| Dated: June 12, 2008 | Dated: June 12, 2008 |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,         Civil No.08-11619
                                   Honorable Patrick J. Duggan
v.
TWENTY FIVE THOUSAND DOLLARS
IN UNITED STATES CURRENCY
($25,000.00),
        Defendant.
_____/

## ORDER STAYING CIVIL FORFEITURE PROCEEDING FOR 180 DAYS

Upon the accompanying Stipulation to Stay Civil Forfeiture Proceeding, and it appearing that good cause for the stay has been shown given that the United States is conducting a criminal investigation related to the instant civil forfeiture case, and the Court being otherwise fully advised in the premises, now, therefore;

**IT IS HEREBY ORDERED** that all proceedings in this civil forfeiture case shall be stayed for 180 days from and after the date of the entry of this Order, or until further order of the Court, without prejudice to either party to seek an advance termination or an extension of the stay.

**IT IS FURTHER ORDERED** that upon termination of the stay, the parties shall be afforded a reasonable time to file answers, conclude discovery, file dispositive motions, and file all witness lists prior to any pretrial or trial proceedings.

        S/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: June 12, 2008
I hereby certify that a copy of the foregoing document was served upon counsel of record on June 12, 2008, by electronic and/or ordinary mail.
        S/Marilyn Orem
        Case Manager